## HARRELL, CADWELL & COMPANY *v.* BURCH.

*Lumpkin, J.*—There was no error in rejecting or in admitting testimony, and there was sufficient evidence to warrant the verdict..
                                              *Judgment affirmed.*

Argued November 30,—Decided December 7, 1896.

Complaint on account.   Before Judge Smith.   Dodge superior court.   March term, 1896.

*DeLacy & Bishop*, for plaintiffs in error.

---

## MITCHELL *v.* THE STATE.

*Atkinson, J.*—The evidence warranted the verdict.   There was no error of law committed by the trial judge.   The sentence, while severe, was not excessive.   There was no error in overruling the certiorari.                        *Judgment affirmed.*

Submitted December 7,—Decided December 17, 1896.

Certiorari.   Before Judge Reese.   Hancock superior court.   October term, 1896.

*R. H. Lewis*, for plaintiffs in error.
*F. H. Colley, solicitor-general,* contra.